IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advanced Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions, <br><br>  Plaintiff, <br><br> v. <br><br> MAR-ALLEN CONCRETE PRODUCTS, INC., <br><br>  Defendant. | Civil Action No. 14-1591 <br><br> Judge Mark R. Hornak |

## MOTION TO SETTLE AND DISCONTINUE

Plaintiff moves to settle and discontinue the action against the Defendant, Mar-Allen Concrete Products, Inc., in the above-referenced matter.

            TUCKER ARENSBERG, P.C.

            By: /s/ Jeffrey J. Leech
                Jeffrey J. Leech, Esquire
                Pa ID# 19814
                Neil J. Gregorio
                Pa ID #90859
                1500 One PPG Place
                Pittsburgh, PA 15222
                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Proof of Service was served by first class, U.S. mail, postage prepaid, this 10th day of December, 2014, upon the following:

Jeffrey L. Zimmerman
President
Mar-Allen Concrete Products, Inc.
490 Millway Road
Ephrata, PA  17522

                                      */s/ Jeffrey J. Leech*
                                      Jeffrey J. Leech