IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and Paul V. Scabilloni, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Western Pennsylvania Heavy & Highway Construction Advanced Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>    Plaintiff,<br><br>  v.<br><br>MAR-ALLEN CONCRETE PRODUCTS, INC.,<br><br>    Defendant. | Civil Action No. 14-1591<br><br>Judge Mark R. Hornak |

**ORDER OF COURT**

AND NOW, to wit, this \_\_10th\_\_ day of \_\_December\_\_, 2014, it is hereby

ORDERED that the above-referenced case is DISCONTINUED as to the Defendant, Mar-Allen Concrete Products, Inc.

*[signature]*

The Honorable Mark R. Hornak
United States District Court

LIT:577941-1 000004-010359